# Third District Court of Appeal

## State of Florida

Opinion filed July 16, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1977
Lower Tribunal No. F04-4047
_____

**Gregory Thomas,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, William Altfield, Judge.

Gregory Thomas, in proper person.

James Uthmeier, Attorney General, and Magaly Rodriguez, Assistant Attorney General, for appellee.

Before EMAS, FERNANDEZ, and MILLER, JJ.

PER CURIAM.

Appellant, Gregory Thomas, appeals from an order striking his motion for clarification. We affirm the order because the supplemental record reflects that Thomas had previously been prohibited from filing any further pleadings in a self-represented capacity in the trial court. See Mobley v. State, 976 So. 2d 1146, 1147 (Fla. 5th DCA 2008) (affirming order on appeal and barring pro se appellant from filing any further pleadings after "multiple post-conviction motions" and "abus[e] [of] the judicial process by his successive attacks upon his conviction and sentence").

Affirmed.